## U.S. Bankruptcy Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re: John W Burke, Jr. and Patricia A Leaf Burke

Case Number: 19-22837

An appearance is hereby filed by the undersigned as attorney for:

JPMorgan Chase Bank, National Association

Attorney name (type or print): Pinju Chiu

Firm: Heavner, Beyers & Mihlar, LLC

Street address: 111 East Main Street

City/State/Zip: Decatur, IL 62523

Bar ID Number: 6329542
(See item 3 in instructions)

Telephone Number: (217) 422-1719

Email Address: bkdept@hsbattys.com

Are you acting as lead counsel in this case?  ☑ Yes  ☐ No

Are you acting as local counsel in this case?  ☐ Yes  ☑ No

Are you a member of the court's trial bar?  ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/19/2019

Attorney signature:  S/ Pinju Chiu
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015