UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 19-22837 |
|---|---|
| John W Burke, Jr. and Patricia A Leaf Burke, | Chapter 13 |
| | Honorable Jack B. Schmetterer |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION**

NOW COMES JPMorgan Chase Bank, National Association, by its attorneys, Heavner, Beyers & Mihlar, LLC and respectfully moves this Court to allow it to withdraw its Objection to Confirmation electronically filed on September 24, 2019, the Debtors having filed a modified plan curing Creditor's objection.

Dated: November 4, 2019

JPMorgan Chase Bank, National Association,

By:   */s/ Pinju Chiu*
       Pinju Chiu
       One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
SEAN D. JORDAN (#6307449)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, certify that I served a copy of the Notice of Withdrawal of Objection to Confirmation filed on November 4, 2019, upon the parties listed below, as to the Trustee and Debtors' attorney via electronic notice on November 4, 2019, and as to the Debtors by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 4th day of November, 2019.

**Service by Mail:**

| | |
|---|---|
| John W Burke, Jr.<br>2177 N Queensburg Ln<br>Palatine, Illinois 60074 | Patricia A Leaf Burke<br>2177 N Queensburg Ln<br>Palatine, Illinois 60074 |

**Service by Electronic Notice through ECF:**

David H. Cutler
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Room 873
Chicago, IL 60604

                                                                                 */s/ Pinju Chiu*
                                                                                    Pinju Chiu

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
SEAN D. JORDAN (#6307449)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754